JH

April 11, 2007

CA 07 402 S

Marino De Los Santos

Wyatt Detention Facility

950 High Street

Central Falls; R I 02863

Connecticut U S. Marshal's

141 Church Street

New Haven; CT 06510

Re: USA Vs. MARINO DELOSSANTOS

Dear Sir/Madam :

Greetings I wrote this letter to inform you of three situations or accidents to my person Firstly, on August 30, 2006, I was walking towards shower, 30 feet away I slipped on the wet floor, the sign used to alert others of wet floor were not there So, I slipped, fell down, and I fractured my feet, the big thumb was broken, and my back After, officer Hobbs called workers to dry it Later, she called the nurse to take care of my situation. they took me to the medical's office at Wyatt Detention Facility, they told me that nothing happen. Although, they saw that my feet was inflamed and I had intense back and feet pain, they only give me a bag of ice, and they sent me back to the unit Because of my condition, I could not leave my bed for eight days nor did medical give me medication Because I was bedridden. other inmates had to assist me by taking to the shower, picking up my food trays, etc The ninth days after this incident ocurred i was give a pair of crutches

After a month and half they took it away from me by October 15, 2006 but I needed the crutches to support me because I do not have power in my back and I still have pain Second, on November 5, 2006, when I was leaving the shower, I slip again because the floor was wet, out side the shower, and they took me to Rhode Island Hospital where the Doctor diagnosis revealed that I the cord's spinal was curve and bit in my back and he give me a neck's brace for twenty one days They were suppose to have taken me back because I was supposed to be checked by Miami Head University (M.H.U.). The next day, on November 6, 2006, the nurse, Mr. Candelera, took away my neck's brace However, the Doctor, Dr. Lewisque from Wyatt Detention Facility, informed him that I needed it but Mr. Candelera overrode the Doctor's order and confiscated it Subsequently, I wrote numerous requests and medical slips complaining my feet and neck were causing me severe pain, but they told me that I had to receive a foot operation, though for six months prior to this, they informed me that nothing was wrong with my feet! On February 14, 2007,they operated on me despite the operation, the condition of my feet remained the same where the bone in my feet does not allow me to wear sneackers or shoes. So that, I am in need of another operation to fix this problem Finally, I am in dire need of a specialist to fix my feet, back and neck Also, I need the assistance of a specialist to determine the reason for my chronic headaches that has developed since this accident, ditto In addition, those accidents ocurred in Delta block, "D" unit, where I have been held for ten months; which is a unit usually reserved for sentencing persons though I have not being sentenced Also, I spoke with the Capitain, Lieutenants, Sergeants, and counsel explaining that this block is dangerous, workers left water everywhere and to violent area, and the shower is not appropriate for my phisical's condition

In conclution, during these seven months of my accident I have suffered many

insult by medical service and stuff at Wyatt Detention Facility. Also, they were laughing and mimicking, the way that I walk, and I also experienced a lot of pains in throughout body without medication and I have sleeping problems In addition, I informed my Probation Officer, Mr. Otto Rohti, about medical condition and he in turn informed my lawyer, Mr. Bruce Korsky, to get involve in my situation but he never did any investigation. Also, if my condition is not curret in the near future, I shall be forced to file a will action to correct these conditions Therefore, I urge your inmediate medication in this matter, ensuring that I receive the necessary medical treatment.

Thank you in advance for you help

Sincerely,

Marino de los Santos

Marino De Los Santos

CC/Filed