**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

MARINO DE LOS SANTOS

v. C. A. No. 07-402 S

DONALD WYATT DETENTION FACILITY

**ORDER DIRECTING THE U.S. MARSHAL**

**TO SERVE WARDEN WAYNE T. SALISBURY**

The United States Marshal is hereby ordered to serve the Warden of the Donald Wyatt Detention Center, Wayne T. Salisbury, with a copy of the Complaint and a Summons in the above entitled civil action.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
Date: 12/17/07