**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**MARINO DE LOS SANTOS**

**v.** **C.A. No. 07 - 402 ML**

**DONALD WYATT DETENTION FACILITY**

# ORDER

*Pro se* plaintiff Marino De Los Santos' motion to proceed *in forma pauperis* is denied as moot. The filing fee has been paid in this action.

**IT IS SO ORDERED**

Jacob Hagopian
Senior United States Magistrate Judge
Date: 19 Dec 07