UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MARINO DE LOS SANTOS

v. C.A. No. 07-402 S

DONALD WYATT DETENTION FACILITY

## MOTION FOR APPOINTMENT OF COUNSEL

Now Comes the plaintiff pursuant to 28 U.S.C 1915(e)(1) and moves for an order appointing counsel to represent him in this case. In support of this motion, plaintiff states the following;

1. Plaintiff is unable to affordcounsel,He has requested leave to proceed in forma pauperis.

2. Plaintiff's imprisonment will greatly limit his ability to litigate. The issues involved in this case are complex, and will require significant research and investigation. Plaintiff has limited access to the law library and limited knowledge of the law and the english language.

3. A trial in this case will likely involve conflicting testimony, and counsel would better enable plaintiff to present evidence and cross-examine potential witnesses.

4. Plaintiff has made repeated efforts as possible under his condition to obtain an attorney.

Wherefore, plaintiff respectfully requests that this court apoint counsel in this case.

December 30, 2007

Respectfully

Marino de los Santos

Marino De LosSantos