AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

MARINO DE LOS SANTOS
V.
DONALD WYATT DETENTION FACILITY

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: C. A. NO. 07-402 S

TO: (Name and address of Defendant)

DONALD WYATT DETENTION FACILITY
950 High Street
Central Falls, RI 02863
Attn. WARDEN WAYNE T. SALISBURY

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Marino De Los Santos, Pro se
Donald Wyatt Detention Facility
950 High Street
Central Falls, RI 02863

an answer to the complaint which is served on you with this summons, within ______________ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 12/27/07

Doreen Baldwell
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 1-9-08 |
| NAME OF SERVER *(PRINT)* JOHN CINQUEGRANA | TITLE DEO |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: FRANK BOTELHO MAJOR

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/9/08
Date

[signature]
*Signature of Server*

2 EXCHANGE TERRACE, PROV, RI
*Address of Server*

DISTRICT OF RHODE ISLAND
U.S. DISTRICT COURT

2008 JAN 10 P 2:22

FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.