**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

MARINO DE LOS SANTOS

v. C.A. NO. 07-402 S

DONALD W. WYATT
DETENTION FACILITY

**CORNELL CORRECTIONS OF R.I., INC.'S MOTION TO DISMISS THE PLAINTIFF'S COMPLAINT**

Cornell Corrections of R.I., Inc. (hereinafter "Cornell") hereby moves this Honorable Court for an order dismissing the Plaintiff's Complaint pursuant to Fed.R.Civ.P.12(b)(6). In support hereof, Cornell relies upon the memorandum of law, filed herewith.

WHEREFORE, Cornell respectfully requests that its motion be granted and the plaintiff's action be dismissed.

CORNELL CORRECTIONS OF RI, INC.
By its attorneys,

/s/ Dennis T. Grieco II

Dennis T. Grieco II #5057
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644
(401) 331-9304 (fax)
dtg@gsm-law.com

**CERTIFICATION**

Marino De Los Santos
Donald W. Wyatt Detention Facility
950 High Street
Central Falls, RI 02863

Marino De Los Santos
New Haven Corrections Department
245 Whaley Ave.
New Haven, Conn. 06530

I hereby certify that on the 30th day of January 2008, a true copy of the foregoing document was served upon the pro se litigant listed above by first-class mail.

/s/ Dennis T. Grieco II