**United States District Court**
**For The District Of Rhode Island**

Marino De Los Santos,
Plantiff, Et,Al

v.

Cornell Corrections Of R.I. Inc.
Defendants Et,Al
Warden Salisbury
Assoc. Tapley

Civil Action No. 07-402S

RECEIVED
MAR 05 2008
Property of U.S. District Court
District of Rhode Island

Dear, Your Honor,

I respectfully request the court to issue an order of protection of my constitutional rights to allow me access to the law libary at Donald W. Wyatt Detention. I am being prevented from going to the law libary to do extensive reasearh on my civil law suit I have against the facility. The correctional and medical staff refuse to give me use and access to a wheel chair in order for me to travel to the law libary. I am housed in a unit that is on the third floor and it causes me great pain to walk and get to point A to point B, Once again staff at the detention center is using tactics to punish me and further infringe on my constitutional rights of access to a law libary and medical treatment.

**The Following has occured since Febuary 8, 2008:**

**2-9-08 I was denied access to a wheelchair to gain access to law libary**
**2-10-08 approved access to wheelchair to family visting room**
**2-11-08 approved access wheelchair to Attorney visting room**
**2-12-08 Denied access to wheelchair to gain access to law libary**
**2-17-08 Denied access to wheelchair to family visting room**
**2-19-08 Denied access to wheelchair to gain access to law libary**

Your Honor, these violations of my constitutional rights to proper medical treatment and access to the law libary is vindictive punishment by administrative staff, correctional staff as well as medical staff by refusing me access to a wheelchair at all times to get around the facility.

Your Honor, these reprisals are clear violation of the constitution, the equal rights for all human beings in a civilize society, which clearly support my claims for monetary and punitive damages as claimed in my civil lawsuit brought before your court. For the foregoing claims and reasons, I ask this honorable court to order this facility access to a wheelchair as well as access to the law libary. These claims are **Eighth Amendment constitutional violations.**

Respectfully Submitted

Marino de los Santos

Marino De Los Santos
Donald W. Wyatt Detention
950 High Street
Central Falls R.I. 02863

Febuary 27, 2008

cc.file