**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**MARINO DE LOS SANTOS**

**V.** **C.A. NO. 07-402 S**

**DONALD WYATT DETENTION FACILITY**

**ORDER**

This matter is before the Court on the motion of the pro se plaintiff for leave to file an Amended Complaint. No objection has been timely filed. Accordingly, plaintiff's motion is hereby GRANTED.

Plaintiff shall file his AMENDED COMPLAINT with the Court with in ten days.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
March 18, 2008