UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**MARINO DE LOS SANTOS**

**v.** **C.A. No. 07-402 S**

**DONALD W. WYATT DETENTION FACILITY**

**Report and Recommendation**

Jacob Hagopian, Senior United States Magistrate Judge

On October 29, 2007, De Los Santos, *pro se*, filed with the Court a Complaint pursuant to 42 U.S.C. § 1983 naming Donald W. Wyatt Detention Facility as sole defendant (Docket # 1). Currently before the Court is defendant's motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Defendant argues that the Donald W. Wyatt Detention Facility is not a legal entity against which suit can be asserted (Docket # 9). This matter has been referred to me pursuant to 28 U.S.C. § 636(b)(1)(B) for a report and recommendation. For the reasons that follow, I recommend that the defendant's motion to dismiss be **DENIED**, without prejudice.

In response to defendant's motion to dismiss, plaintiff filed a motion for leave to file an amended complaint (Docket # 10), which I granted (Docket # 13). In his Amended Complaint, plaintiff replaces Donald W. Wyatt Detention Facility as defendant with (i) Cornell Corrections Inc., the operator of the Donald W. Wyatt Detention Facility; (ii) Warden Salisbury; (iii) Assoc. Tapley; (iv) Captain Coburn; (v) Captain Fema; (vi) Doctor John Riedel; (vii) Ben Candelaria R.N.; (viii) Sgt. Gomes; (ix) Correctional Officer Richardson; and (x) Correctional Officer Hobbs as defendants in this case (Docket # 14). Accordingly, the defendant's 12(b)(6) motion based on plaintiff's failure

to name a legal entity that can be sued is now moot.[1]

Any objection to this Report and Recommendation must be specific and must be filed with the Clerk of Court within ten days of its receipt. Fed.R.Civ.P. 72(b); Local Rule 32. Failure to file timely, specific objections to this report constitutes waiver of both the right to review by the district court and the right to appeal the district court's decision. United States v. Valencia-Copete, 792 F.2d 4 (1st Cir. 1986)(per curiam); Park Motor Mart, Inc. v. Ford Motor Co., 616 F.2d 603 (1st Cir. 1980).

Jacob Hagopian
Senior United States Magistrate Judge
April 8, 2008

[1]The Court notes that plaintiff is responsible for serving each defendant named in his Amended Complaint pursuant to Rule 4 of the Federal Rules of Civil Procedure.