**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

MARINO DE LOS SANTOS

v. C.A. NO. 07-402 S

CORNELL CORRECTIONS, INC., et al.

**DEFENDANT, CORNELL CORRECTIONS OF RHODE ISLAND, INC.'S OBJECTION TO PLAINTIFF'S AMENDED MOTION ACCORDING TO FEDERAL RULES OF CIVIL PROCEDURE 15(a) AND MOTION FOR MORE DEFINITE STATEMENT**

Defendant in the above-captioned matter hereby objects to Plaintiff's Motion, styled "Amended Motion According To Federal Rules of Civil Procedure 15(a)". In the alternative, Defendant moves for a more definite statement pursuant to F.R.C.P. 12(e). As grounds for the instant objection, Defendants rely upon and incorporate the accompanying memorandum of law.

CORNELL CORRECTIONS OF RI, INC.
By its attorneys,

/s/ Dennis T. Grieco II

Dennis T. Grieco II #5057
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644
(401) 331-9304 (fax)
dtg@gsm-law.com

**CERTIFICATION**

Marino De Los Santos
Donald W. Wyatt Detention Facility
950 High Street
Central Falls, RI 02863

Marino De Los Santos
New Haven Corrections Department
245 Whaley Ave.
New Haven, Conn. 06530

I hereby certify that on the 11 th day of April 2008, a true copy of the foregoing document was served upon the pro se litigant listed above by first-class mail.

/s/ Dennis T. Grieco II