UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Marino De Los Santos
Plaintiff,

v. C.A. No. 07-402S

Donald W. Wyatt Detention Facility
Defendant

**ORDER**

The Report and Recommendation of Senior United States Magistrate Judge Jacob Hagopian filed on April 8, 2008 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed, Defendants' Motion to Dismiss is DENIED without prejudice.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 4/25/08