**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**MARINO DE LOS SANTOS**

**v.** **C.A. No. 07-402 S**

**CORNELL CORRECTIONS OF RHODE ISLAND, INC. ET AL.**

# ORDER

This matter is before the Court on a motion by *pro se* plaintiff, Marino De Los Santos, who is currently detained at the Donald W. Wyatt Detention Facility in Central Falls, Rhode Island (the "Wyatt Facility"). Plaintiff requests the Court order defendants to provide him with a wheelchair to allow him access to the law library (Docket # 11). At a pretrial hearing held May 20, 2008, plaintiff stated that he is able to walk, albeit slowly, to the law library at the Wyatt Facility, and thus he has access to the law library. Accordingly, plaintiff's motion is DENIED.

IT IS SO ORDERED.

Jacob Hagopian
Senior United States Magistrate Judge
June 3, 2008