UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MARINO DE LOS SANTOS

v. C.A. No. 07-402 S

CORNELL CORRECTIONS OF
RHODE ISLAND, INC. ET AL.

ORDER

On March 18, 2008, the Court granted pro se plaintiff, Marino De Los Santos, leave to file an amended complaint in the instant matter (Docket # 13). Thereafter, on March 31, 2008, plaintiff filed an Amended Complaint (Docket # 14).[1] This matter is before the Court on defendant Cornell Corrections of Rhode Island, Inc.'s motion for a more definite statement pursuant to Rule 12(e) of the Federal Rules of Civil Procedure with respect to the Amended Complaint (Docket # 16).

As I have determined that plaintiff's Amended Complaint is not "so vague or ambiguous" that defendants cannot frame a responsive pleading, the standard set forth under Rule 12(e), defendant's motion for a more definite statement is DENIED.

IT IS SO ORDERED.

Jacob Hagopian
Senior United States Magistrate Judge
June 10, 2008

[1]Although plaintiff titled his Amended Complaint "Amended Motion According to Federal Rules of Civil Procedure 15(a)," it is clear that plaintiff intended this to be the amended complaint the Court had granted him leave to file, and it will be treated as such.