UNITED ESTATE DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUN 24 2008
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

MARINO DE LOS SANTOS

V.

CORNELL CORRECTIONS OF RHODE ISLAND, INC. ET AL.

MOTION FOR APPOINTMENT OF COUNSEL

CIVIL ACTION NO. C.A. NO. 07-402 S

Now comes the plantiff pursuant to 28 U.S C.1915 (e) (1) and moves for an order appointing counsel to represent him in this case . In support of this motion, plantiff state the follow;

1. Plantiff's is unable to afford counsel.

2. Plantiff's imprisonment will greatly limited his ability to litigate . The issues involved in this case are complex and will required singnificant research and investigation. plantiff has limited access to the law library and the limited knowledge of the englissh language.

3. A trial in this case will likely involve conflicting tesmony,and counsel would better enable plantiff to present evidence and cross examine potencial witnesses

4. Plaintiff has made repeated efforts to obtain an attorney see attached.

Whereford, plantiff respepfully request that this court appoint counsel in this case.

Your's Truly

Marino de los Santos

Marino de los santos

Donald W. Wyatt Detention