**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

MARINO DE LOS SANTOS

v. C.A. NO. 07-402 S

CORNELL CORRECTIONS, INC.

**DEFENDANT'S MOTION TO EXTEND THE DEADLINE FOR FILING DISPOSITIVE MOTIONS**

Defendant in the above-captioned matter and pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule of Civil Procedure 7, hereby moves this Honorable Court for an order extending the deadline for filing of dispositive motions in this matter. As grounds for the instant motion, this Honorable Court entered a Pre-Trial Order, directing *inter alia*, that all dispositive motions be filed no later than July 10, 2008. Defendant further avers that on or about June 13, 2008, it propounded discovery requests in the form of interrogatories and requests for production of documents to the Plaintiff. Pursuant to Federal Rules of Civil Procedure 33 and 34, responses to said requests are due no later than July 14, 2008. Defendant is currently attempting to locate and produce documents responsive to Plaintiff's discovery requests as well. Moreover, the Defendant has issued subpoenas to the record keepers of Rhode Island Hospital, Memorial Hospital of Rhode Island, Bridgeport Correctional Center, New Haven Correctional Centers and the United States Probation and Parole Office in Bridgeport, Connecticut for records relative to the injuries alleged by the Plaintiff. Plaintiff has not objected to these subpoenas and the depositions of the keepers of records for these entities are scheduled for July 28, 2008. Lastly, Defendant has noticed the deposition of the Plaintiff for August 22, 2008, so as to

be able to receive Plaintiff's discovery responses and medical records in advance of the deposition.

In summary, sufficient discovery has not been conducted at this time to properly evaluate the availability, suitability or appropriateness of filing of a dispositive motion. Accordingly, in the interests of the parties, Defendant respectfully requests that the deadline for filing dispositive motions be extended up to and including September 1, 2008.

**WHEREFORE,** Defendant's motion should be granted.

CORNELL CORRECTIONS OF RI, INC.
By its attorneys,

/s/ Dennis T. Grieco II

Dennis T. Grieco II #5057
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644
(401) 331-9304 (fax)
dtg@gsm-law.com

## CERTIFICATION

Marino De Los Santos
13 Jourmire Road
Bridgeport, CT 06606

I hereby certify that on the 9th day of July 2008, a true copy of the foregoing document was served upon the pro se litigant listed above by first-class mail.

/s/ Dennis T. Grieco II