**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**MARINO DE LOS SANTOS**

**v.** **C.A. No. 07-402 S**

**CORNELL CORRECTIONS OF**
**RHODE ISLAND, INC. ET AL.**

**ORDER**

Presently before the Court is the motion of defendant Cornell Corrections of RI, Inc. ("Cornell"), filed July 9, 2008, to extend the deadline for filing dispositive motions pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule of Civil Procedure 7 (Docket # 27). The deadline for filing dispositive motions set forth in the Pre-Trial Order was July 10, 2008. Having reviewed Cornell's motion, I am satisfied that Cornell has shown cause to extend the deadline for filing dispositive motions. Accordingly, Cornell's motion is hereby **GRANTED**, and the new deadline for filing dispositive motions in the instant matter will now be **September 1, 2008**.

IT IS SO ORDERED.

Jacob Hagopian
Senior United States Magistrate Judge
Date: July 14, 2008