UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| | : | |
| MARINO DE LOS SANTOS | : | |
| | : | |
| vs. | : | No. 07 CV 402 S |
| | : | |
| CORNELL CORRECTIONS, INC., et al. | : | |
| | : | |

# ENTRY OF APPEARANCE

Linn F. Freedman and Nixon Peabody LLP hereby enter an appearance on behalf of Rhode Island Hospital.

Rhode Island Hospital
By Its Attorneys,

/s/ Linn F. Freedman
Linn F. Freedman (#4778)
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903
Telephone: (401) 454-1108
Fax: (866) 807-6614
E-mail: lfreedman@nixonpeabody.com

Dated: July 18, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of July, 2008, I filed this Entry of Appearance electronically with the Court and sent a true copy of said Entry of Appearance by first-class mail to:

Dennis T. Grieco, II, Esq.
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI 02903

Marino De Los Santos
Donald W. Wyatt Detention Facility
950 High Street
Central Falls, RI 02863

Marino De Los Santos
New Haven Corrections Department
245 Whalley Avenue
New Haven, CT 06530

/s/ Linn F. Freedman