**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

MARINO DE LOS SANTOS

v. C.A. NO. 07-402 S

CORNELL CORRECTIONS, INC., et al.

**DEFENDANT, CORNELL CORRECTIONS OF RHODE ISLAND, INC.'S OBJECTION TO NON-PARTY RHODE ISLAND HOSPITAL'S MOTION TO QUASH AND/OR FOR PROTECTIVE ORDER**

Defendant Cornell Corrections of Rhode Island, Inc. hereby objects to Rhode Island Hospital's Motion to Quash and/or for Protective Order.

CORNELL CORRECTIONS OF RHODE ISLAND, INC.
By its attorneys,

/s/ Dennis T. Grieco II

Dennis T. Grieco II #5057
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644
(401) 331-9304 (fax)
dtg@gsm-law.com

**CERTIFICATION**

Marino De Los Santos
13 Jourmire Road
Bridgeport, CT 06606

Linn F. Freedman, Esq.
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903

I hereby certify that on the 30th day of July, 2008, a true copy of the foregoing document was served upon the pro se litigant listed above by first-class mail and via electronic mail to the Court and by first-class mail to counsel listed above.

/s/ Dennis T. Grieco II