UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MARINO DE LOS SANTOS )
)
) Civ. No. 07-402 S
V. )
)
CORNELL CORRECTIONS, INC.et al;)

**MOTION TO COMPEL RHODE ISLAND HOSPITAL TO RELEASE MEDICAL RECORDS OF PLANTIFF MARINO DE LOS SANTOS**

The plantiff Marino De Los Santos, hereby moves this court to compel Rhode Island Medical Hospital And Memorial Hospital to release the medical records of Plantiff Marino De Los Santos D.O.B. Febuary 1, 1971, whom was a patient at the respective facilities for the reasons set forth below.

1. Rhode Island Hospital would not be violating the Confidentiality of Health Care Communications and Information Act.

2. The plantiff was a patient at Rhode Island Hospital willing to sign the consent form to release such medical records.

3. The plantiff claims are permeated on such medical records and other information to bring forth clear arguments and defense.

4. The plantiff is Marino De Los Santos and not a fictious person or corporation.

5. Rhode Island Hospital would not be faced with any punitive or actual damages, as well as criminal penalties for the release of the patients Marino De Los Santos Medical Records.

6. Plantiff has a vested need in the medical records which clearly outweighs and right or protection of privacy intrest of Marino De Los Santos.

For the foregoing reasons the plantiff request that the motion to quash and or for protective order be denied and ordered that such, any and all medical records be released to plantiff Marino De Los Santos to further support his claims that plantiff brought forth to the court, operating under the statute 42 U.S.C. 1983, hereby, the plantiff request this court to compel Rhode Island Hospital to release the medical records to Marino De Los Santos, plantiff motion should be granted.

Respectfully Submitted

Marino de los Santos

Marino De Los Santos Pro Se,
Donald W. Wyatt Detention
950 High Street
Central Falls R.I. 02863

Dated: August 1, 2008

CERTIFICATE OF SERVICE

I Marino De Los Santos swear under the pains and penalties of perjury 28 U.S.C. 1746, having mailed a true and accurate copy of motion to compel Rhode Island Hospital to release medical records to attorney Linn F. Freeman and Dennis T. Grieco II On August 1, 2008 by first class mail.

Respectfully Submitted,

Marino De Los Santos Pro Se,
Donald W. Wyatt Detention
950 High Street
Central Falls R.I. 02863

Linn F. Freeman
Nixon Peadbody LLP
One Citizens Plaza
Provedience R.I. 02903

Dennis T. Grieco II Esq.
Gildey, Saril & Marusak LLP
One Turks Head Place, Suite 900
Provedience R.I. 02903