**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

MARINO DE LOS SANTOS

v. C.A. NO. 07-402 S

CORNELL CORRECTIONS, INC.

**DEFENDANT'S MOTION TO EXTEND DEADLINES FOR EXPERT DISCOVERY AND FOR FILING DISPOSITIVE MOTIONS**

Defendant in the above-captioned matter and pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule of Civil Procedure 7, hereby moves this Honorable Court for an order extending the deadlines for conclusion of expert discovery and for filing of dispositive motions in this matter. By way of background, this Honorable Court entered a Pre-Trial Order on May 20, 2008, permitting one month for discovery and directing, *inter alia*, that expert discovery and disclosure be completed on or before June 26, 2008 and that dispositive motions be filed no later than July 10, 2008. As of July 10, 2008, substantial discovery responses from the Plaintiff remained outstanding, and the deposition of the Plaintiff had been scheduled but had not yet been taken. No experts had been disclosed. Upon motion of the Defendant to extend the deadline for filing dispositive motions, this Court extended the deadline to September 1, 2008 by order of July 16, 2008.

Defendant seeks a further extension up to and including December 31, 2008 for the filing of dispositive motions. Defendant also seeks to extend the deadline for the completion of expert discovery to December 1, 2008. As grounds for the instant motion, Defendant states that notwithstanding that subpoenas have issued to the New Haven Correctional Center, the Bridgeport Correctional Center, and the United States Probation

and Parole Office in Bridgeport, Connecticut, for records relative to the injuries alleged by the Plaintiff, and the Plaintiff has not objected to the issuance of these subpoenas, no records have yet been produced by these entities due to various administrative requirements imposed by each of these entities. Furthermore, a subpoena issued to Rhode Island Hospital for the Plaintiff's medical records from that entity. A motion to quash filed on behalf of Rhode Island Hospital and Defendant's objection thereto are currently pending before this Court. (Dkt. Nos. 30 and 31). Finally, the Plaintiff has failed to produce any records in response to Defendant's discovery requests. Without these materials, neither the Defendant nor any expert that the Defendant may seek to retain is able to adequately assess the Plaintiff's claims in light of his medical records from other entities. As such, the Defendant is unable to determine the grounds for any potential dispositive motion at this time.

Defendant also seeks to conduct the deposition of the Plaintiff in order to elicit his testimony with respect to his claims in this matter. Prior to the close of discovery, Plaintiff's deposition was noticed for August 22, 2008. However, it has been cancelled pending receipt of the materials referenced above and due to the fact that the Plaintiff left the custody of the Donald W. Wyatt Detention Facility on or about August 14, 2008 and his current whereabouts are uncertain.

In summary, sufficient discovery has not been conducted at this time to properly evaluate the availability, suitability or appropriateness of filing of a dispositive motion. Accordingly, in the interests of the parties, Defendant respectfully requests that the deadline for filing dispositive motions be extended up to and including December 31,

2008 and the deadline for the completion of expert discovery be extended up to and including December 1, 2008.

**WHEREFORE,** Defendant's motion should be granted.

CORNELL CORRECTIONS OF RI, INC.
By its attorneys,

/s/ Dennis T. Grieco II

______________________________

Dennis T. Grieco II #5057
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644
(401) 331-9304 (fax)
dtg@gsm-law.com

**CERTIFICATION**

Marino De Los Santos
13 Jourmire Road
Bridgeport, CT 06606

I hereby certify that on the 28th day of August 2008, a true copy of the foregoing document was served upon the pro se litigant listed above by first-class mail.

/s/ Dennis T. Grieco II

______________________________