UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARINO DE LOS SANTOS | : | |
| vs. | : | No. 07 CV 402 S |
| CORNELL CORRECTIONS, INC., et al. | : | |

**RESPONSE TO MOTION TO COMPEL RHODE ISLAND HOSPITAL TO RELEASE MEDICAL RECORDS OF PLAINTIFF MARINO DEL LOS SANTOS**

Now comes Rhode Island Hospital (the "Hospital") and responds to the motion of Plaintiff, Marino De Los Santos ("Plaintiff") to compel the Hospital to release his medical records. In his motion, Plaintiff requests that the Hospital release his medical records to him for use in the instant matter. The Hospital has no objection to providing the Plaintiff with his medical records, however, in order to comply with state and federal law, the Hospital will needs an executed authorization from Plaintiff. The Hospital sent a letter enclosing an authorization to be completed by Plaintiff on August 5, 2008, attached hereto as Exhibit A, but the Plaintiff has not provided the Hospital with an executed authorization to release the records.

Rhode Island Hospital
By Its Attorney,

/s/ Linn F. Freedman
Linn F. Freedman (#4778)
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903
Telephone: (401) 454-1108
Fax: (866) 807-6614
E-mail: lfreedman@nixonpeabody.com

Dated: August 29, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of August, 2008, I filed this Response to Motion to Compel Rhode Island Hospital to Release Medical Records of Plaintiff Marino Del Santos electronically with the Court and sent a true copy of said Motion by first-class mail to:

Dennis T. Grieco, II, Esq.
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI 02903

Marino De Los Santos
Donald W. Wyatt Detention Facility
950 High Street
Central Falls, RI 02863

/s/ Linn F. Freedman