# EXHIBIT A

NIXON PEABODY LLP
ATTORNEYS AT LAW

Suite 500
One Citizens Plaza
Providence, Rhode Island 02903-1345
(401) 454-1000
Fax: (401) 454-1030

Jodi Nourse Bourque
Direct Dial: (401) 454-1006
E-Mail: jbourque@nixonpeabody.com

August 5, 2008

Mr. Marino De Los Santos
Donald W. Wyatt Detention
950 High Street
Central Falls, RI 02863

Re: Marino De Los Santos v. Cornell Corrections, Inc.; C.A. No. 07-402S

Dear Mr. De Los Santos:

We are in receipt of your Motion to Compel. We understand from your Motion that you would like a copy of your medical records from Rhode Island Hospital. Accordingly, we have enclosed an authorization form for you to obtain your records. Please fill out the form and return it to the address on the top of the form. An individual from the hospital will contact you regarding the copying costs for such records.

We have previously filed a Motion to Quash your medical records sought by the counsel for the Defendants. If you decide that you have no objection to the Defendant's counsel, Dennis Greico, Esq., also receiving your medical records, please also fill out an authorization form allowing him to receive the records he has requested. We have included two copies of the authorization form if you need them. If you decide not to provide an authorization form to allow the Defendant's counsel to receive your records, a decision will be made on our Motion to Quash by a judge. It is possible that the judge will order Rhode Island Hospital to provide your records to Attorney Greico.

Very truly yours.

Jodi Nourse Bourque

JNB/mjd
Enclosures

cc: Dennis T. Greico, Esq.,

11107167.1

**Rhode Island Hospital**
*A Lifespan Partner*

Health Information Services
593 Eddy Street
Providence, RI 02903
Tel: 401-444-4040
Fax: 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

## Authorization for Use of Protected Health Information

Patient Name________________ Phone Number ________________

Date of Birth________________ Medical Record # (or SS #)________________

Address________________________________

1. I authorize Rhode Island Hospital to disclose my health information specific to the following date or time period:
________________________________

2. Individual or entity authorized to receive my health information:
________________________________

3. Purpose for which disclosure is to be made:
________________________________

4. Information to be disclosed (check all applicable):

- ☐ Abstract
- ☐ Consultation
- ☐ EKG
- ☐ History & Physical Exam
- ☐ Laboratory Report
- ☐ Emergency Dept. Record
- ☐ Operative Report
- ☐ Radiology Report
- ☐ Entire Medical Record
- ☐ Discharge Summary
- ☐ Pathology Report
- ☐ Other________

**THERE IS A PROCESSING FEE OF $10.00 AND $1.00 PER PAGE.**
**FOR MICROFILM/FICHE RECORDS, THE PROCESSING FEE IS $10.00 AND $1.50 PER PAGE**

5. To the extent applicable, I understand that my medical record may contain information that is considered sensitive under law. My check mark(s) below indicate(s) that I do not permit information of this type, if it exists, to be released. I understand that if I do not check the box, Rhode Island Hospital will release such information about me if it exists.

- ☐ HIV /AIDS infection
- ☐ Mental Health
- ☐ Sexually transmitted diseases
- ☐ Treatment for alcohol and/or drug abuse

6. I understand that my records are protected under the federal privacy laws and regulations and under the General laws of Rhode Island, and cannot be disclosed without my written consent except as otherwise specifically provided by law.

7. I understand that if the person(s) or entity(ies) that receives the information is not a health care provider or health plan covered by federal privacy regulations, the information described above may be re-disclosed and is no longer protected by those regulations. Therefore I release Rhode Island Hospital, its employees and my physicians from all liability arising from this disclosure of my health information.

8. It is my understanding that this authorization will expire in 90 days from the date signed below. I understand that I may revoke this authorization by notifying, in writing, Rhode Island Hospital. I understand that any previously disclosed information would not be subject to my revocation request.

9. I understand that I may refuse to sign this authorization and that my refusal to sign will not affect my ability to obtain treatment, payment or my eligibility for benefits, unless otherwise described in the space provided here________________________

**This form must be fully complete before signing.**

________________________ ________________
Signature of Patient or Patient's Legal Representative Date Print Patient's Name

________________________ ________________
Print Name of Legal Representative (if applicable) Relationship to Patient

Original – Chart Copy - Patient