**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

**APPEARANCE**

**Case Number:** 07-cv-00402-S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for **Marino De Los Santos**.

I certify that I am admitted to practice in this court.

September 2, 2008

/s/ Angel Taveras
Angel Taveras (#5552)
Corley Taveras, LLP
127 Dorrance Street, 2nd Floor
Providence, RI 02903
(401) 861-2100
(401) 861-2139 Fax
ataveras@ctpllp.com

**CERTIFICATION**

I hereby certify that on this 02 day of September 2008, I caused a true copy of the within Entry of Appearance to be served electronically upon:

Dennis T. Grieco, II
**Gidley, Sarli & Marusak**
One Turks Head Place
Suite 900
Providence, RI 02903
dtg@gsm-law.com

Linn F. Freeman
**Nixon Peabody, LLP**
One Citizens Plaza
Suite 500
Providence, RI 02903
lfreedman@nixonpeabody.com

/s/ Angel Taveras
Angel Taveras