# United States District Court
# For the District of Rhode Island

| | | |
|---|---|---|
| **MARINO DE LOS SANTOS** | : | |
| | : | |
| | : | |
| **Vs.** | : | **CA. No. 07-402S** |
| | : | |
| | : | |
| **DONALD W. WYATT DETENTION FACILITY** | : | |
| | : | |

...oOo...

## MOTION FOR EXTENSION OF TIME DEADLINES IN PRETRIAL ORDER

Now come Plaintiff, Marino De Los Santos, ("Mr. De Los Santos"), by and through his undersigned counsel, and hereby files this motion for extension of time deadlines in the Court's Pretrial Order in this matter. In support of this Motion, Mr. De Los Santos states as follows:

1. On October 29, 2007, Mr. De Los Santos, proceeding pro se, filed a complaint against the Wyatt Detention Facility and other defendants. Until today, Mr. De Los Santos has proceeded pro se but he is now represented by the undersigned counsel who has just entered his appearance.

2. On May 20, 2008, the Court issued a Pretrial Order with a fact discovery closing date of June 19, 2008. According to the Pretrial Order, expert discovery was to be completed by June 26, 2008. Dispositive motions were to be filed by July 10, 2008.

3. On July 9, 2008, Cornell Corrections filed a Motion for an Extension of Time for Filing Dispositive Motions up to September 1, 2008. On July 16, 2008, the

Court granted Defendant Cornell Corrections' Motion for an Extension of Time for Filing Dispositive Motions up to September 1, 2008.

4. In its Motion for an Extension of Time for Filing Dispositive Motions Cornell Corrections pointed out that fact discovery had not yet been completed and that it had propounded discovery request in the form of interrogatories and requests for production of documents to Plaintiff. In addition, Cornell Corrections had issues subpoenas to the record keepers of Rhode Island Hospital, Memorial Hospital of Rhode Island, Bridgeport Correctional Center, New Haven Correctional Centers and the United States Probation and Parole Office in Bridgeport, Connecticut for records relative to the injuries alleged by Plaintiff. Lastly, the Defendant had noticed the deposition of Mr. De Los Santos for August 22, 2008.

5. Mr. De Los Santos has just retained counsel in this action and has yet to respond to discovery or to be deposed. Upon information and belief, the aforementioned record keepers have yet to produce responsive documents.

6. Mr. De Los Santos' Complaint filed on October 29, 2007, and Amended Complaint filed on March 31, 2008, in the form of a letter to the Court and a motion, respectively. Counsel would like time to consult with Mr. De Los Santos and to draft a Second Amended Complaint in a more appropriate form.

7. In addition, counsel for Mr. De Los Santos needs time to prepare responses to Defendant's discovery requests. Moreover, Mr. De Los Santos counsel needs time to draft its discovery requests to Cornell Corrections and other defendants.

8. Mr. De Los Santos is requesting that the Court amend the Pretrial Order in this case and set a Fact Discovery Closure date of December 1, 2008 and Dispositive Motion filing date of January 8, 2009. Such an extension will allow Mr. De Los Santos' counsel to file a Second Amended Complaint, respond to discovery, serve its own discovery requests and conduct depositions.

9. The undersigned counsel understands that Defendant's counsel has also requested additional time and has a Motion for an Extension of Time pending with the Court.

Wherefore, Plaintiff Marino De Los Santos respectfully requests that this Court grant this Motion and allow until December 1, 2008 for fact discovery and until January 8, 2009 to file dispositive motions and order such other relief as this Court may deem just and proper.

Dated: September 2, 2008

**MARINO DE LOS SANTOS**

By His Attorneys,

/s/ Angel Taveras
Angel Taveras, (#5552)
Corley Taveras, LLP
127 Dorrance Street, 2nd Floor
Providence, RI 02903
(401) 861-2100
(401) 861-2139 Fax
ataveras@ctpllp.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of September, 2008, I served a true copy of the within Motion For Extension Of Time Deadlines In Pretrial Order, electronically, upon:

Dennis R. Greico, II
Gidley, Sarli & Marusak
One Turks Head Place
Suite 900
Providence, RI 02903
dgt@gsm-law.com

Linn F. Freedman
Nixon Peabody, LLP
One Citizens Plaza
Suite 500
Providence, RI 02903
lfreedman@nixonpeabody.com

/s/ Angel Taveras