**UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**MARINO DE LOS SANTOS**

**v.** **C.A. No. 07-402 S**

**CORNELL CORECTIONS, INC., ET AL.**

**ORDER**

Plaintiff Marino De Los Santos, *pro se*, filed an Amended Complaint with the Court challenging the medical treatment he received at the Donald W. Wyatt Detention Facility ("Wyatt") in Central Falls, Rhode Island where he is currently detained (Docket # 1). On or about June 17, 2008, defendants served a subpoena on Rhode Island Hospital (the "Hospital") seeking medical records regarding plaintiff. Presently before the Court are: (i) a motion by the Hospital seeking a protective order and/or an order to quash the subpoena (Docket # 30) and (ii) a motion by plaintiff to compel the Hospital to release the medical records (Docket # 32).

The Hospital states that the subpoena seeks confidential records and plaintiff has not consented to the disclosure of such records. However, in response to the Hospital's motion, defendants urge that they followed the statutory requirements regarding the issuance of the subpoena and that the relevance of the information sought outweighs the plaintiff's privacy interest in the information (Docket # 31). Additionally, plaintiff filed the aforementioned motion to compel, objecting to the Hospital's motion for a protective order and seeking to compel the Hospital to release the medical records. Accordingly, as the medical information is relevant to the action and plaintiff's response reflects his consent to the release of the records, the Hospital's motion for a protective order and/or an order to quash the subpoena is hereby **DENIED** and plaintiff's motion to compel is hereby **GRANTED**.

IT IS SO ORDERED.

Jacob Hagopian
Senior United States Magistrate Judge
September 2, 2008