**UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**MARINO DE LOS SANTOS**

**v.** **C.A. No. 07-402 S**

**CORNELL CORECTIONS, INC., ET AL.**

**ORDER**

Plaintiff Marino De Los Santos filed an Amended Complaint with the Court challenging the medical treatment he received at the Donald W. Wyatt Detention Facility in Central Falls, Rhode Island where he is currently detained (Docket # 1). Presently before the Court are motions by both defendant, Cornell Corrections of RI, Inc., and plaintiff for an extension of the time deadlines set forth in the Pretrial Order in this matter (Dockets # 34 and 37, respectively) pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7 of the Local Rules of Civil Procedure. Having reviewed both motions, I am satisfied that the parties have shown cause to extend the deadlines. Accordingly, both motions are hereby GRANTED, and the new deadlines in this case shall be as follows:

| | | |
|---|---|---|
| (i) | Fact Discovery Closure: | **December 1, 2008** |
| (ii) | Expert Discovery Disclosures: | **December 8, 2008** |
| (iii) | Dispositive Motions: | **January 8, 2009** |
| (iv) | Pretrial Memoranda: | **January 22, 2009** (or, if a dispositive motion has been filed, 30 days after the decision on the dispositive motion) |

IT IS SO ORDERED.

Jacob Hagopian
Senior United States Magistrate Judge
September 9, 2008